O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK DESHAWN BRIDGES, | ) | No. CV 06-5816-CAS (AGR) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION |
| RICHARD KIRKLAND, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, the Magistrate Judge's Amended Report and Recommendation, the Objections to the Amended Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: October 14, 2009

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE