JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARK DESHAWN BRIDGES,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD KIRKLAND, Warden,<br><br>    Respondent. | No. CV 06-5816-CAS (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's amended report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 14, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE